UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR-11-2079-WFN |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LORENA CORNEJO, | ) ORDER MODIFYING CONDITIONS |
| | ) OF RELEASE |
| Defendant. | ) |
| _____ | ) |

THIS MATTER having come to the Court's attention on the Defendant's Second Motion to Modify Conditions of Release, and the Court having considered the file and record herein and otherwise being fully advised, grants the motion to modify conditions of release (Ct. Rec. 429) and HEREBY ORDERS that the Defendants Lorena Cornejo, Gusmaro Mendoza-Baez and Carlos Mendoza-Baez may have contact with each other but shall not discuss the charges filed herein or any facts or circumstances related thereto.

The motion hearing set on October 17, 2011 is stricken.

DATED: October 7, 2011.

                                           s/ James P. Hutton        .
                                           JAMES P. HUTTON
                                Magistrate Judge United States District Court

ORDER MODIFYING CONDITIONS OF RELEASE